E-FILED
Thursday, 15 January, 2015  09:32:10 AM
Clerk, U.S. District Court, ILCD

77.) The officers conduct violated the plaintiff fourth Amendment Rights to be free from unreasonable seizure.

78.) As a direct and proimate result of the conduct of the officer's willful, intentional and deliberate actions, the plaintiff suffered injuries, including but not limited to his left wrist, head, forehead, neck, and ear, humiliation and mental and emotional pain.

Wherefore, the plaintiff prays for the entry of judgement against defendants Anderson, Special Agent and Holmes and demands compensatory damages, punitive damages, cost and any other relief this court deems just and appropriate in an amount to be determined at trial.

## Count II
## State Law Claim: Assault And Battery
## (Against The Officers)

79.) Plaintiff re-alleges paragraphs 1 thru 71 of this complaint as if fully stated herein.

80.) By violently and repeatedly beating the plaintiff while on the ground in the garage Kicking the plaintiff in the face.

81.) Causing the plaintiff to lose consciousness in a painful manner, the officers engaged in intentional, harmful touching of the plaintiff.

82.) The plaintiff did not consent to these actions.

83.) Because the plaintiff was unarmed, did not strike the officers, and was not resisting arrest, and because the officers conduct was not justified.

84.) As a direct and proximate result of the conduct of the officers willful, intentional and deliberate actions, the plaintiff suffered injuries, including but not limited to his left wrist, head, forehead, neck, and ear, humiliation and mental pain.

Wherefore, the plaintiff prays for entry of judgement against defendants Anderson, Special Agent Waddle and Holmes and demands and punitive damages in an amount to be determined at trial.

## Count III
## State Law Claim: Conspiracy
## Against The Officers

85.) The plaintiff re-alleges paragraphs 1 thru 71 of this complaint as if fully stated herein.

86.) The officers conspired to injure the plaintiff by inter alia:
  (a) Collectivly using excessive force against the plaintiff;
  (b) Agreeing not to report each other witnessing plaintiff being abused by fellow officers; and
  (c) Generating false reports to cover up their actions for their own and each other's misconduct.

16

87.) In connection with the above conspiracy, the officers, on information and belief, engaged in communication on or about the date the plaintiff arrest, whereby the officers agreed to facilitate, engage in and support the activities which occurred in connection with the allegations herein.

88.) As a direct and proximate result of the conduct of the officers concerted actions and agreements, the plaintiff suffered injuries, including but not limited to damages to his left wrist, head, forehead, neck, and ear, humiliation and mental and emotional pain.

Where, the plaintiff prays for an entry of judgement against defendant's Anderson, Special Agent Waddle and Holmes and demands compensatory damages and punitive damages in an amount to be determined at trial.

## Count IV
## State Law Claim: Spoliation of Evidence
## (Against The Officers)

89.) The plaintiff re-alleges paragraphs I thru 71 of this complaint as it fully stated herein.

90.) The officers had a duty to the plaintiff and the public to properly record the events surrounding the plaintiff arrest.

91.) The officers generated a false police report along with other

police reports to cover-up for their own, and each other misconduct and to justify the plaintiff arrest and detention.

92.) As result of the officers actions of falsifying and omitting material information in their reports, the plaintiff has been injured in that his ability to prosecute and enforce his constitutional rights has been irrevocably prejudiced. Specifically, as a result of the officers conduct in the falsification of the reports, the plaintiff is prejudiced in his ability to establish all claims herein.

Wherefore, the plaintiff prays for an entry of judgement against defendants Anderson, Special Agent Waddle and Holmes and demands compensatory and punitive damages and any other relief this court deems appropriate in an amount to be determined at trial.

<u>Count V</u>
<u>Monell Claim</u>
<u>( Against The City Of Rock Island)</u>

93.) The plaintiff re-alleges paragraphs 1 thru 71 of this complaint as it fully stated herein.

94.) The actions of the officers, all within the scope of employment as a police officer with the Rock Island Police Department as alleged

above, were done pursuant to one or more expressed/implied policies, practices and/or customs of the City of Rock Island.

95.) At all relevant times, the City of Rock Island, through it's police department, respective officers, agents and deputies, and pursuant to it's policies had expressed or implied policies, practices and customs which include inter alia:

(a) Failing to properly train, supervise, discipline, transfer, monitor, counsel and/or otherwise control officers who are accused of phyical abuse, false arrest, wrongful imprisonment, malicious prosecutions and wrongful convictions, and/or of making false reports and statements.

(b) The police code of silence, specifically in cases where officers engaged in the violations articulated above, whereby said persons failed to report or otherwise cover-up instances of misconduct, and/or of fabrication, suppression and destruction of evidence of evidence of which they were aware, despite their obligation under the law and pursuant to regulations to report such violations. Said code of silence also includes officers either remaining silent or giving false and misleading information during official investigations in order to protect themselves or their fellow officers from internal discipline, civil liability, or criminal charges.

(c) Other police personnel, including those personel, on the supervisory and command level, Knowingly and consistantly

19

failed to intervene to protect arrestees when they knew such persons were being physically abused and victimized; and through its official officers, failing to conduct adequate and sufficient investigations into police conduct.

96.) The City of Rock Island had a widespread practice or custom of physically and emotionally abusing arrestees, which herein caused proximate harm to the plaintiff.

97.) The City of Rock Island, through its supervisory and commanding officers, was deliberately indifferent to excessive force used by officers in incidents and implicitly condoned their behavior by failing to discipline them, train them, or even have a consation with them in a effort to deter future bad acts.

98.) The City of Rock Island, through its supervisory and commanding officers, was deliberately indifferent to the plaintiff physical beating and being violently attacked by the police.

99.) The patterns and practices set fourth above were well known by the command level and supervisory officials of the City of Rock Island both before and after the plaintiff sustained injuries after being physically beaten.

100.) Said interrelated policies, practices and customs, as set forth above, both individually and together, were maintained and implimented with deliberate indifference, and were seperately and

together a direct and proximate cause of the unconstitutional acts and injuries suffered by the plaintiff.

101.) The involvement, and ratification of, the unconstitutional actions set forth above by the City of Rock Island officials, acting as final policy makers for the City of Rock Island in police matters also establishes that said constitutional violations were directly and proximately cause by the City of Rock Island.

Wherefore, the plaintiff prays for entry of judgement against defendant The City of Rock Island and demands compensatory damages and punitive damages, cost, and any other relief this court deems just and appropriate in an amount to be determined at trial.

Anderson, Holmes, Waddle, Johnson, Edwards, Gicskis, Muehler and City of Rock Island demand's compensatory damages, puntive damages, pain and suffering, physical damages, emotional and mental pain, lost of wages and differential cause and any other relief this court deem's just and appropriate, in an amount to be determined at trial.

JURY DEMAND       Yes ☒       No ☐

Signed this ___5th___ day of ___Jan. 5_____ , 20 15 .

*Deandre Watkins*

( Signature of Plaintiff)

| Name of Plaintiff:<br><br>DeAndre WAtkins | Inmate Identification Number:<br><br>R72643 |
|---|---|
| Address: 6695 State Route 146 East<br>Vienna, ILL 62995 | Telephone Number: |

## CASE SUPPLEMENTAL REPORT

Printed: 03/18/2014  15:55

Exibit A

*Rock Island Police Department*

OCA: **2012012897**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *OPEN/ACTIVE* | **Case Mng Status:** *NA* | **Occurred:** *09/19/2012* |
| **Offense:** *POLICE INFORMATION* | | |

| | | |
|---|---|---|
| **Investigator:** *GIRSKIS, P. R. (1251)* | **Date / Time:** *11/01/2012 19:21:45, Thursday* |
| **Supervisor:** *GIRSKIS, P. R. (1251)* | **Supervisor Review Date / Time:** *11/01/2012 19:21:59, Thursday* |
| **Contact:** | **Reference:** *Supplemental* |

ONGOING INVESTIGATION / FOLLOW-UP NARCOTICS
INVESTIGATIVE EXPENDITURE - $0.00
EVIDENCE RECOVERED - 2.1 GRAMS OF CRACK-COCAINE

On 10/29/12, at approximately 1743 hours, I, Officer Paul Girskis purchased crack-cocaine from Deandre R. Watkins DOB 11/12/87 at 1533 38th St. At approximately 1600 hrs I called "D-Boy" (Deandre R. Watkins) and advised him I wanted a "200 piece" (meaning $200.00 of crack-cocaine). "D-Boy" advised he was good and I advised him to meet me at Taco Bell located 1533 38th St. Rock Island. "D-Boy" advised he would meet me at Taco Bell when he could get a ride.

At approximately 1639 hrs an unknown male identifying himself as "City" called me from a (309)███████number advising he could bring me the "200 piece". I advised "City" I only wanted to deal with "D-Boy". "City" advised he would let "D-Boy" know. A few minutes later "D-Boy" called from the number (309)███████ advising he was with "City" and stated he would bring the "200 piece". I advised "D-Boy" I wanted to only deal with him and "D-Boy" advised he understood but advised "City" would be driving him.

At approximately 1731 hrs "City" called me from the # (309)7█████ and advised he needed directions to Taco Bell. I gave "City" the directions to Taco Bell and he advised both him and "D-Boy" would be at Taco Bell in a few minutes in a tan Cutlass. I advised "City" and "D-Boy" on the phone what vehicle I was driving and advised to park next to me. It should be noted Sgt. Edwards, SFO Johnson, SFO Waddle, Officer Anderson, and Officer Holmes were in the area conducting surveillance.

At approximately 1740 hrs I observed a beige 1997 Oldsmobile Cutlass Supreme drive into the parking lot of Taco Bell and park next to my vehicle. I then observed a unknown black male in the driver's seat of the Oldsmobile and "D-Boy" in the front passenger seat of the Oldsmobile and got into the front passenger seat of my vehicle. I asked if "City" was the driver and "D-Boy" stated he was. "D-Boy" then handed me a plastic baggie containing suspected crack-cocaine advising it was good stuff. As soon as I had the plastic baggie with the suspected crack-cocaine in my hand I gave the take down sign to Sgt. Edwards and the other Officers conducting surveillance. While putting the suspected crack-cocaine into my pocket "D-Boy" observed Officers approaching the vehicle and got out of my vehicle and ran west bound away from Officers. "D-Boy" was later found at 1627 36th St and transported to R.I. P.D. See Officer Holmes and Anderson's supplemental report for further details.

Sgt. Edwards later removed "City" from the Oldsmobile and identified him as ████████████████████ Sgt. Edwards placed Cleveland into double-locked handcuffs and ██████ was later transported to R.I.P.D. for a interview.

At R.I.P.D. I field-tested and weighed the suspected Crack-Cocaine which tested positive and weighed 2.1 grams. I later placed the 2.1 grams of crack-cocaine and the $400.00 into locker T-17 for safe keeping.

**Investigator Signature:** _____

## CASE SUPPLEMENTAL REPORT

Printed: 03/18/2014 15:55

*NOT SUPERVISOR APPROVED*

*Rock Island Police Department*                Exhibit B                OCA: **2012012897**

---

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

---

**Case Status:** *OPEN/ACTIVE*         **Case Mng Status:** *NA*                **Occurred:** *09/19/2012*

**Offense:** *POLICE INFORMATION*

---

**Investigator:** *HOLMES, J. W. (1270)*              **Date / Time:** *11/01/2012 19:00:00, Thursday*

**Supervisor:** *EDWARDS, M. P. (1163)*    **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**                                          **Reference:** *Supplemental*

---

POLICE INFORMATION

On 10/29/2012 at approximately 1740 hours I, Officer Holmes, along with Sgt. Edwards, Officer Anderson, Officer Muehler, Special Agent Waddle and Special Agent Johnson were in the area of Taco Bell, 1533 38th st, for a buy bust, See Officers Girskis's report for further information. As Sgt. Edwards started to block the vehicle in and I started to enter the parking lot I observed Deandre R. Watkins exit Officer Girskis vehicle and start running west. I attempted to position my squad in front of him to slow his path of travel. Deandre then jumped the front of my squad and I observed him run west across 38th street into the neighborhood.

Several Officers came up the area and we set up a perimeter in attempt to locate Deandre. There were several people out in their yards doing yard work and we explained what had just happened and that if you see a black male running in the area to call 911. While we were in the area Officer Anderson was flagged down by an unknown male. This male whom lived at 1627 36th street and he informed us that there was someone in his garage. Officer Anderson, Special Agent Waddle and I entered the garage in attempt to locate Deandre. After several minutes Officer Anderson located Deandre hiding underneath several clothes and some other garage items. When Officer Anderson removed the clothes he gave several commands to show his hands but Deandre would not comply with Officer Anderson commands. It should be noted that inside the garage the home owner was cleaning a dead deer and there were several knives in plain view that Deandre had access to. I then holstered my duty weapon and with Officer Anderson covering me I attempted to grab Deandre by the head area to pull him out of the corner and from underneath all the objects.

Deandre then started to struggle with us. During the struggle several items fell of the wall of the garage. Deandre would not comply with our commands to place his hands behind his back. Once we were able to place Deandre into handcuffs, double locked, I noticed that all of us were on top of a bicycle that had fell off the wall.

Deandre was transported to RIPD to be interviewed, see all other reports for further information, and he was later released on police authority per Sgt. Edwards. End of report.

J. Holmes 1270

---

**Investigator Signature:** _____

## CASE SUPPLEMENTAL REPORT

Printed: 03/18/2014  15:55

Exhibit C

*Rock Island Police Department*                                              OCA: **2012012897**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status:  *OPEN/ACTIVE*          Case Mng Status:  *NA*          Occurred:  *09/19/2012*

Offense:  *POLICE INFORMATION*

Investigator:  *ANDERSON, P. W. (1226)*          Date / Time:  *11/29/2012 17:35:19, Thursday*

Supervisor:  *EDWARDS, M. P. (1163)*          Supervisor Review Date / Time:  *11/29/2012 17:35:26, Thursday*

Contact:          Reference:  *Supplemental*

---

POLICE INFORMATION

On On 10/29/2012 at approximately 1740 hours Officers from the Rock Island Narcotics division conducted a vehicle take down in the area of Taco Bell 1533-38th St. Rock Island. See additional Officers reports for further information on the take down.

I returned to the RIPD to interview Deandre R. Watkins DOB:11/12/87 in regards to his arrest and pending charges for Delivery of a Controlled substance. I began the interview by reading Watkins his Miranda warning in which he advised he understood and signed the paper.

I began the interview by asking Watkins what had happened at Taco Bell earlier. Watkins looked at me and stated "Zack, really Zack this whole time?". I asked Watkins what he was talking about and he just smiled and shook his head saying "Damn Zack". It should be noted that Officer Girskis had been buying Crack Cocaine from Watkins and used the name "Zack".

Watkins advised that yes he had indeed sold crack to the "White Boy" a couple times referring to "Zack", who was Officer Girskis. I asked Watkins if he was at Taco Bell to meet with the "White Boy" and he advised yes. Watkins advised that he had noticed the Black truck in the parking lot. Watkins thought that was weird and thought it could possibly be the police but still got into the vehicle with Officer Girskis.

Watkins advised that he gets "8-balls" for $150 and breaks them down and sells them for profit. Watkins advised that he also sells a little bit of Cannabis to people for profit. Watkins advised that he only gets 2-3 ounces of Cannabis at a time.

I explained to Watkins that he had charges pending for Man/del of a Controlled substance and asked him if he wanted to possibly work with us on those charges. Watkins advised that he wanted to work off his charges and would be willing to work with us. I explained to Watkins what was going to happen and he advised he understood and would keep in contact with us. Sgt. Smull and I drove Watkins over to Davenport where he was picked up by a friend. No further information at this time.

-Phillip Anderson-

Investigator Signature: _____

Exhibit D 1-15

 **GENESIS**

GMCDAV
GENESIS WEST
941581

| PATIENT FIN NO. | ADMIT DATE | TIME | DISCH DATE | TIME | ADM CL | MOA | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|
| 30292468 | 10/29/2012 | 22:54 | | 00:00 | EMERGENCY | 3 | 907341 |

| BIRTHDATE | AGE | SEX | MS | RACE | SS NUMBER |
|---|---|---|---|---|---|
| 11/12/1987 | 24 YEARS | M | S | AFRICAN AMERICAN/BLA | XXX-XX-4406 |

**P A T I E N T**

| PATIENT NAME/ADDRESS | PHONE/COUNTY | PATIENT EMPLOYER NAME/ADDRESS |
|---|---|---|
| WATKINS, DEANDRE R | (773) 426-3152 | OLIVE GARDEN |
| 3553 HEATHERTON DR APT 6 | | |
| DAVENPORT, IA 52801 | CELL PHONE (773) 426-3152 | EMPLOYER PHONE |

| ENCOUNTER TYPE | ACC CODE | | ROOM | BED |
|---|---|---|---|---|
| EMERGENCY | | | | |

| MEDICAL SERVICE | REF SOURCE |
|---|---|
| EMERGENCY SERVICES | 1 PHYSICIAN REFERRAL |

**G U A R E L**

| GUARANTOR NAME | PHONE | GUARANTOR EMPLOYER NAME | PHONE |
|---|---|---|---|
| WATKINS, DEANDRE R | (773) 426-3152 | OLIVE GARDEN | |
| 3553 HEATHERTON DR APT 6, , DAVENPORT, IA, 52801 | | DOB: 11/12/1987 | |

| NEXT OF KIN CONTACT | PHONE | CELL PHONE |
|---|---|---|
| TERRY, EMMA | 7735443564 | |

**I N S U R A N C E**

| PRECERTIFICATION NO.: | | | | C.O.B. 1 |
|---|---|---|---|---|
| INSURED'S NAME | DOB | POLICY NO. | INSURANCE ADDRESS | |
| WATKINS, DEANDRE R | 11/12/1987 | | | |
| HEALTH PLAN SELF PAY | | GROUP NO. , 0 | | |

| PRECERTIFICATION NO.: | | | | C.O.B. 2 |
|---|---|---|---|---|
| INSURED'S NAME | DOB | POLICY NO. | INSURANCE ADDRESS | |
| HEALTH PLAN | | GROUP NO. | | |

| PRECERTIFICATION NO.: | | | | C.O.B. 3 |
|---|---|---|---|---|
| INSURED'S NAME | DOB | POLICY NO. | INSURANCE ADDRESS | |
| HEALTH PLAN | | GROUP NO. | | |

| ACCIDENT | ACCIDENT DATE | ACCIDENT TIME | ACD |
|---|---|---|---|
| | | 00:00 | |

**P H Y S I C I A N**

| ADMITTING | CONSULTING 1 | CONSULTING 5 |
|---|---|---|
| NO FAMILY PHY, PHYSICIAN | | |
| ATTENDING | CONSULTING 2 | CONSULTING 6 |
| MOHR DO, ERIC D | | |
| PRIMARY CARE | CONSULTING 3 | |
| NO FAMILY PHY, PHYSICIAN | | |
| REFERRING | CONSULTING 4 | |
| SELF, REFERRAL | | |

| COMPLAINT/ADMITTING DIAGNOSIS | | ADM CLERK |
|---|---|---|
| ASSAULT | | ANE |

| RELIGION | CHURCH | | NOTIFY |
|---|---|---|---|
| JEHOVAH'S WI | JEHOVAH'S WITNESS - ALL CONGREGATIONS | 4 NO | |

**HIM COPY**

120-010  1/07  mw  ch

WATKINS, DEANDRE R        39292468

```
Patient Name            MRN             Sex            Service
Watkins, Deandre R      907341          M              EMR
3553 HEATHERTON DR APT 6  Account #     DOB (AGE)      Unit Room-Bed
3553 HEATHERTON DR APT 6  39292468    ••  11/12/1987 (24)  WEC-
DAVENPORT, IA 52801                                    Pt. Type
H:  (773)426-3152       CMRN:                          E
C:  (773)426-3152       941581
```

Radiology Report

```
Exam Date/Time:                         Ordering Doctor:
10/29/2012    Procedure:                Eric Mohr, DO
23:22         CT Head w/o contrast
Order id:                               Reason: Closed Head Injury
844016875
```

CT of the head without IV contrast.

INDICATION:  Closed head injury.

COMPARISON:  None.

FINDINGS:  Attenuation of the brain parenchyma is within normal limits, without evidence of intracranial hemorrhage or mass effect. The ventricles and sulci are normal in size and appearance for age.

There are mucous retention cysts in both sphenoid sinuses. Visualized portions of the calvarium, mastoids, and orbits appear normal.

IMPRESSION:  Unremarkable noncontrast head CT.

```
            *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/30/2012 7:34 AM: Marcus Cabay, MD

Dictated by Cabay, Marcus, MD          10/30/2012 07:34 AM
Dictate Location RGPDS03
Transcribed by mec                     10/30/2012 07:34 AM
```

```
Patient Name              MRN              Sex              Service
Watkins, Deandre R        907341           M                EMR
3553 HEATHERTON DR APT 6  Account #                         Unit Room-Bed
3553 HEATHERTON DR APT 6  39292468    ··   DOB (AGE)         WEC-
DAVENPORT, IA 52801                        11/12/1987 (24)   Pt. Type
H:  (773)426-3152         CMRN:                              E
C:  (773)426-3152         941581
```

Radiology Report

```
Exam Date/Time:                          ·Ordering Doctor:
10/29/2012         Procedure:             Eric Mohr, DO
23:22              CT Maxillofacial w/o contrast
Order id:                                 Reason: Fracture
844016903
```

CT maxillofacial without IV contrast.

INDICATION:  Facial injury.

COMPARISON:  None.

FINDINGS:  No displaced facial bone fracture is identified. There are mucous retention cysts in both sphenoid sinuses, but no fluid in the sinuses. Mastoid air cells are well-aerated. Mandible is normal alignment, without evidence of fracture. Visualized portions of the brain parenchyma and orbits appear unremarkable.

Impression: No facial bone fracture.

            *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/30/2012 7:37 AM:  Marcus Cabay, MD

```
Dictated by  Cabay, Marcus, MD          10/30/2012 07:37 AM
Dictate Location  RGPDS03
Transcribed by  mec                     10/30/2012 07:37 AM
```

```
Patient Name              MRN           Sex           Service
Watkins, Deandre R        907341        M             EMR
3553 HEATHERTON DR APT 6  Account #     DOB (AGE)     Unit Room-Bed
3553 HEATHERTON DR APT 6  39292468  ··  11/12/1987 (24)  WEC-
DAVENPORT, IA 52801                                   Pt. Type
H:  (773)426-3152         CMRN:                       E
C:  (773)426-3152         941581
```

Radiology Report

```
Exam Date/Time/                          Ordering Doctor:
10/29/2012          Procedure:           Eric Mohr, DO
23:22               Spine Cervical Routine 2 or 3
Order id:           VWS                  Reason: Injury
844016851
```

AP, lateral, and open mouth odontoid views of the cervical spine.

INDICATION:  Neck injury

COMPARISON:  CT c-spine from the same day.

FINDINGS:  Prevertebral soft tissues appear normal. Alignment of the cervical
spine is anatomic. There is no evidence of fracture. No significant
degenerative changes are identified.

IMPRESSION:
The known C5 spinous process fracture is not visualized on this examination.

            *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/30/2012 7:45 AM:  Marcus Cabay, MD

Dictated by  Cabay, Marcus, MD        10/30/2012 07:45 AM
Dictate Location  RGPDS03
Transcribed by  mec                   10/30/2012 07:45 AM
```

```
Patient Name              MRN             Sex             Service
Watkins, Deandre R        907341          M               EMR
3553 HEATHERTON DR APT 6  Account #       DOB (AGE)       Unit Room-Bed
3553 HEATHERTON DR APT 6  39292468    ..  11/12/1987 (24) WEC-
DAVENPORT, IA 52801                                       Pt. Type
H:  (773)426-3152         CMRN:                           E
C:  (773)426-3152         941581
```

Radiology Report

```
Exam Date/Time:                           Ordering Doctor:
10/30/2012      Procedure:                Eric Mohr, DO
01:30           CT C-Sp wo C
Order id:                                 Reason: Cervical Pain
844027459
```

EXAM: CT of the cervical spine without IV contrast.

INDICATION: Neck injury.

COMPARISON: Radiographs from the same day.

FINDINGS: There is a minimally-displaced fracture of the C5 spinous process which is displaced to the right of 1 mm. No additional fracture is identified. Alignment is otherwise anatomic. Prevertebral soft tissues appear unremarkable.

There is mild degenerative disease at C6-7. Note is made of a small right C7 cervical rib. There is congenital variation of C1, with nonfusion of the posterior C1 ring.

IMPRESSION: Minimally-displaced C5 spinous process fracture.

Findings were called to the Emergency Room at the time of the examination by StatRad.

            *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/30/2012 8:48 AM:  Marcus Cabay, MD

```
Dictated by  Cabay, Marcus, MD        10/30/2012 07:41 AM
Dictate Location  RGPDS03
Transcribed by  st                    10/30/2012 08:10 AM
```

```
Patient Name              MRN              Sex            Service
Watkins, Deandre R        907341           M              EMR
3553 HEATHERTON DR APT 6  Account #        DOB (AGE)      Unit Room-Bed
3553 HEATHERTON DR APT 6  39292468      ··  11/12/1987 (24)  WEC-
DAVENPORT, IA 52801                                       Pt. Type
H:  (773)426-3152         CMRN:                           E
C:  (773)426-3152         941581
```

Radiology Report

```
Exam Date/Time:                             Ordering Doctor:
10/30/2012    Procedure:                    Eric Mohr, DO
03:05         MR Spine Cerv wo C
Order id:                                   Reason: Cervical Pain
844074748
```

EXAM: MRI of the Cervical Spine without Contrast

COMPARISON: CT scan cervical spine dated 10/30/2012

HISTORY: Injury, technologist note: Kicked in back of head and neck.

FINDINGS: Multiplanr multisequence imaging was performed of the cervical spine in a 1.5 Tesla magnet.

Vertebral body height and alignment are normal. There is no marrow replacing process or evidence of vertebral body fracture. There is edema in the posterior tissues between the C4 and C5 spinous process consistent with the fracture of the tip of the C5 spinous process better visualized on the preceding CT scan.

There is no focal disk protrusion, central canal narrowing, or malalignment. There is a developing osteophytic spur at C6 - C7.

Basivertebral alignment is normal. The cervical cord shows no intrinsically abnormal signal to suggest contusion.

At C4 - C5 there is some edema in the posterior soft tissues consistent with point of injury.

IMPRESSION:
1.  Mild degenerative changes particularly at the C6 - C7 level. No evidence of acute vertebral body fracture or cervical cord contusion.
2.  Posterior soft tissue contusions consistent with the spinous process tip fracture at C5.


              *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/30/2012 7:50 AM:  Robert Hartung, MD

Dictated by  Hartung, Robert, MD      10/30/2012 07:50 AM
Dictate Location  WCPDS01
Transcribed by  rwh                   10/30/2012 07:50 AM
```

```
Facility: CMC DAV                                              MRN: G00000907341
Patient Name: WATKINS, DEANDRE R                              Admit Dt: 10/29/2012
Acct Nbr: 39292468                                            Dsch Dt: 10/30/2012
Admit Dr:  No Family Phy, Physician
```

                            E D   P h y s i c i a n   N o t e s

```
Doc Name: ED Physician Notes                                  Signed By: Mohr DO, Eric D
Result Status: Auth (Verified)        Performed By: Mohr DO, Eric D    Date/Time: 10/31/2012 03:40:56
```

Assault

```
Patient:  WATKINS, DEANDRE R           MRN: G00000907341          FIN:
39292468
Age:   24 years     Sex: Male     DOB:  11/12/1987
Associated Diagnoses:  None
Author:  Mohr DO, Eric D
```

**Basic Information**
Time seen: Date & time 10/29/2012 23:17:00.
History source: Patient.
Arrival mode: Private vehicle, walking.
History limitation: None.
Additional information: ED scribe: Austin Murray for Dr. Posey.

**History of Present Illness**
The patient presents to the emergency department and reports Pt was
assaulted tonight.  He was kicked in the back of the head and Rt side of
his face and also c/o Lt wrist pain.  Positive LOC.  The onset was tonight.
Location: Rt face, occipital head, Lt wrist.  The degree of pain is
minimal.  The degree of bleeding is none.  Exacerbating factors consist of
none.  The relieving factor is none.  Risk factors consist of none.  Prior
episodes: none.  Therapy today: none.  Associated symptoms: loss of
consciousness and Rt face pain and swelling.

**Review of Systems**
Constitutional symptoms:  No fever, no chills, no sweats.
Skin symptoms:  No jaundice, no rash.
Eye symptoms:  No recent vision problems, no pain, no discharge, no
    icterus, no diplopia, no blurred vision.
ENMT symptoms:  No ear pain, no sore throat, no nasal congestion.
Respiratory symptoms:  No shortness of breath, no cough.
Cardiovascular symptoms:  No chest pain, no palpitations, no
    diaphoresis.
Gastrointestinal symptoms:  No abdominal pain, no nausea, no
    vomiting, no diarrhea, no constipation.
Genitourinary symptoms:  No dysuria, no hematuria.
Musculoskeletal symptoms:  Occipital head pain, Lt wrist pain, Rt
    sided facial pain, no back pain, no muscle pain.
Neurologic symptoms:  No headache, no dizziness, no numbness, no
    tingling, no weakness.

**Health Status**
Allergies: .
    Chart Req ID: 22857881                            Page 1 of 9

Facility: GMC DAV
Patient Name: WATKINS, DEANDRE R
Acct Nbr: 39292468
Admit Dr:  No Family Phy, Physician

MRN: G00000907341
Admit Dt: 10/29/2012
Dsch Dt: 10/30/2012

E D   P h y s i c i a n   N o t e s

Doc Name: ED Physician Notes
Result Status: Auth (Verified)

Performed By: Mohr DO, Eric D

Signed By: Mohr DO, Eric D
Date/Time: 10/31/2012 03:40:56

Allergic Reactions (All)
   NKA
Medications: Per nurse's notes.
Immunizations: Up to date.

Past Medical/ Family/ Social History

Medical history
   Negative.
Surgical history: Negative.
Family history: Not significant.
Social history: Alcohol use: Denies, Tobacco use: Denies, Drug use:
Marijuana.

Physical Examination

Vital Signs
Vital Signs General.
   10/29/2012 23:02

   Normal

   Normal

| | |
|---|---|
| Pulse Ox | 97 % Normal |
| Pulse Ox On | Room Air |
| Temperature F | 98.8 degF |
| Temperature Source | Tympanic |
| Pulse | 70 bpm  Normal |
| Respiratory Rate | 18 brpm  Normal |
| Systolic Blood Pressure | 133 mm hg |
| Diastolic Blood Pressure | 69 mm hg |
| Pain Intensity | 8 |

General:  Alert, no acute distress.
Skin:  Warm, dry, pink, no pallor, no rash, slight abrasion to left
   lateral wrist.
Head:  Normocephalic, posterior scalp contusion.   rright lforehead
   and facial contusion.
Neck:  Some lower midline spinal tenderness.
Eye:  Pupils are equal, round and reactive to light, extraocular
   movements are intact, normal conjunctiva.
Ears, nose, mouth and throat:  Oral mucosa moist, no pharyngeal
   erythema or exudate, Tympanic membrane: No obvious tm perforation
   to the right ear, External ear: Abrasions with some dried blood in
   the exteral canal.
Cardiovascular:  Regular rate and rhythm, No murmur, Normal
   peripheral perfusion.

Chart Req ID: 22857881

Page 2 of 9

Facility: GMC DAV
Patient Name: WATKINS, DEANDRE R
Acct Nbr: 39292468
Admit Dr:  No Family Phy, Physician

MRN: G00000907341
Admit Dt: 10/29/2012
Dsch Dt: 10/30/2012

## E D   P h y s i c i a n   N o t e s

Doc Name: ED Physician Notes
Result Status: Auth (Verified)

Performed By: Mohr DO, Eric D

Signed By: Mohr DO, Eric D
Date/Time: 10/31/2012 03:40:56

Respiratory:  Lungs are clear to auscultation, respirations are non-
    labored, breath sounds are equal, Symmetrical chest wall
    expansion.
Gastrointestinal:  Soft, Nontender, Non distended, Normal bowel
    sounds, No organomegaly.
Musculoskeletal:  Tenderness to the Lt wrist with flexion and
    extension- mild.  no gross deformity.
Neurological:  Alert and oriented to person, place, time, and
    situation, No focal neurological deficit observed, CN II-XII
    intact (Grossly intact), normal sensory observed, normal motor
    observed, normal speech observed.
Lymphatics:  No lymphadenopathy.
Psychiatric:  Cooperative.

Medical Decision Making
Differential Diagnosis:  Abrasion, contusion, Assault, closed head
    injury.
Rationale:  Pt did not want a Lt wrist xray.
Documents reviewed:  Emergency department nurses' notes, emergency
    department records, prior records.
Radiology results:  Computed tomography, Head, maxillofacial,
    interpretation:
Preliminary Interpretation

Genesis Medical Center - Davenport Campus (West)


Patient: WATKINS, DEANDRE R (Male) Age: 24
MR #: 941581 Status: ER
Date: 10/30/12 00:02 Slices: 765
History: Assaulted - pt was kicked in the back of head and face. c/o
    post head and r facial pain and swelling. LOC
Priors:
Tech: Rader, Ashley @ (563) 421 - 1160

Exams: CT HEAD, CT MAXILLOFACIAL

--------------------------------------------------------------------
---------

Preliminary Findings Only --
CT HEAD:
Chart Req ID: 22857881

-

Page 3 of 9

- See Final Repor

Facility: GMC DAV
Patient Name: WATKINS, DEANDRE R
Acct Nbr: 39292468
Admit Dr:   No Family Phy, Physician

MRN: G00000907341
Admit Dt: 10/29/2012
Dsch Dt: 10/30/2012

E D   P h y s i c i a n   N o t e s

Doc Name: ED Physician Notes
Result Status: Auth (Verified)

Performed By: Mohr DO, Eric D

Signed By: Mohr DO, Eric D
Date/Time: 10/31/2012 03:40:56

No evidence of acute intracranial abnormality or skull fracture.

Mild paranasal sinus disease.

CT MAXILLOFACIAL:

No evidence of fracture or dislocation

Radiologist: Avanee Peel, M.D. Phone: 858-626-8106

Study ready at 00:06 and initial results transmitted at 00:17

, ADDENDUM - Added by Avanee Peel, M.D. on 10/30/2012 1:24 AM

CT MAXILLOFACIAL:
Acute-appearing C5 spinous process fracture.

Bifid C1 posterior ring.
Chronic or congenital mild deformity of the C1-C2 region

Radiology results: X-ray, c-spine, interpretation:
Preliminary Interpretation

Genesis Medical Center - Davenport Campus (West)


Patient: WATKINS, DEANDRE R (Male) Age: 24
MR #: 941581 Status: ER
Date: 10/30/12 00:49 Slices: 5
History: Assaulted - pt kicked in back of head and neck. c/o neck pain.
     ED physician saw a fragment in lower c-spine area. please
     evaluate.
Priors:
Tech: Rader, Ashley @ (563) 421 - 1160

Exams: FILM C SPINE

--------------------------------------------------------------------
     ---------

Chart Req ID: 22857881

Page 4 of 9

Facility: GMC DAV
Patient Name: WATKINS, DEANDRE R                          MRN: G00000907341
Acct Nbr: 39292468                                        Admit Dt: 10/29/2012
Admit Dr:  No Family Phy, Physician                       Dsch Dt: 10/30/2012

                          E D   P h y s i c i a n   N o t e s

Doc Name: ED Physician Notes         Performed By: Mohr DO, Eric D     Signed By: Mohr DO, Eric D
Result Status: Auth (Verified)                                        Date/Time: 10/31/2012 03:40:56
Preliminary Findings Only --                                                    - See Final Repor
FILM C SPINE:

Prior head and C-spine CT from earlier today.

Tiny bone fragment or calcification near the anterosuperior corner of
    C7 vertebral body. May be chronic due to degenerative change,
    however acute fracture not excluded. Recommend C-spine CT.

On further review of the facial CT, there is an acute C5 spinous
    process fracture
No obvious prevertebral soft tissue swelling.
Straightening may be positional or due to muscle spasm

bifid C1 posterior ring


Radiologist: Avanee Peel, M.D. Phone: 858-626-8106

Study ready at 00:49 and initial results transmitted at 01:22


----------------------------------------------------------------------
        ---------
Radiology results:  Computed tomography, C- spine, interpretation:
Preliminary Interpretation

Genesis Medical Center - Davenport Campus (West)


Patient: WATKINS, DEANDRE R (Male) Age: 24
MR #: 941581 Status: ER
Date: 10/30/12 01:54 Slices: 882
History: Assaulted - pt was kicked in the back of head and face. c/o
    post head and r facial pain and swelling. LOC. Recommended Per
    StatRad
Priors:
Tech: Rader, Ashley @ (563) 421 - 1160

Chart Req ID: 22857881                                    Page 5 of 9