E-FILED
Thursday, 15 January, 2015  09:32:10 AM
Clerk, U.S. District Court, ILCD

```
Facility: GMC DAV                                              MRN: G00000907341
Patient Name: WATKINS, DEANDRE R                               Admit Dt: 10/29/2012
Acct Nbr: 39292468                                             Dsch Dt: 10/30/2012
Admit Dr: No Family Phy, Physician

                         E D    P h y s i c i a n    N o t e s

Doc Name: ED Physician Notes         Performed By: Mohr DO, Eric D     Signed By: Mohr DO, Eric D
Result Status: Auth (Verified)                                         Date/Time: 10/31/2012 03:40:56

Exams: CT C SPINE

------------------------------------------------------------------------
---------

Preliminary Findings Only --                                 -          - See Final Repor
CT C SPINE:

Prior maxillofacial CT, C-spine x-ray.

Acute C5 spinous process fracture.

Degenerative changes of the anterosuperior C7 endplate. Small adjacent
     calcification, likely degenerative.
No prevertebral swelling or evidence of acute abnormality at this
     level.
Small right C7 cervical rib.
Congenital variation of the C1-C2 level, unfused posterior C1 ring.

Straightening may be positional or due to muscle spasm.

Radiologist: Avanee Peel, M.D. Phone: 858-626-8106

Study ready at 01:59 and initial results transmitted at 02:46



------------------------------------------------------------------------
---------

Radiology results:
Result Type: MR Spine Cerv wo C
Result Date: 30 October 2012 5:29
Result Status: Auth (Verified)
Result Title:                         MR Spine Cerv wo C
Performed By:                         Hartung MD, Robert W on 30 October 2012 7:50
Verified By: Hartung MD, Robert W on 30 October 2012 7:50
Encounter info: 39292468, GMCDAV, Emergency, 10/29/2012 -

* Final Report *

Reason For Exam
Cervical Pain
Chart Req ID: 22857881                                    Page 6 of 9
```

```
Facility: GMC DAV
Patient Name: WATKINS, DEANDRE R                           MRN: G00000907341
Acct Nbr: 39292468                                         Admit Dt: 10/29/2012
Admit Dr:  No Family Phy, Physician                        Dsch Dt: 10/30/2012

                              E D   P h y s i c i a n   N o t e s
Doc Name: ED Physician Notes
Result Status: Auth (Verified)      Performed By: Mohr DO, Eric D
                                                                   Signed By: Mohr DO, Eric D
READ                                                               Date/Time: 10/31/2012 03:40:56
Patient Name                MRN
Watkins, Deandre R          907341      Sex           Service
3553 HEATHERTON DR APT 6    Account #   M             EMR
   Bed                                  DOB (AGE)     Unit Room-
3553 HEATHERTON DR APT 6    39292468
DAVENPORT, IA 52801                     11/12/1987 (24)   WEC-
H:  (773)426-3152                                         Pt. Type
C:  (773)426-3152           CMRN:                         E
                            941581
Radiology Report
Exam Date/Time:
10/30/2012      Procedure:              Ordering Doctor:
03:05           MR Spine Cerv wo C      Eric Mohr, DO
Order id:
844074748                               Reason: Cervical Pain


EXAM: MRI of the Cervical Spine without Contrast
COMPARISON: CT scan cervical spine dated 10/30/2012
HISTORY: Injury, technologist note: Kicked in back of head and neck.
FINDINGS: Multiplanr multisequence imaging was performed of the
    cervical
spine in a 1.5 Tesla magnet.

Vertebral body height and alignment are normal. There is no marrow
    replacing
process or evidence of vertebral body fracture. There is edema in the
posterior tissues between the C4 and C5 spinous process consistent with
    the
fracture of the tip of the C5 spinous process better visualized on the
preceding CT scan.

There is no focal disk protrusion, central canal narrowing, or
    malalignment.
There is a developing osteophytic spur at C6 - C7.
Chart Req ID: 22857881
                                                            Page 7 of 9
```

```
Facility: GMC DAV                                           MRN: G00000907341
Patient Name: WATKINS, DEANDRE R                            Admit Dt: 10/29/2012
Acct Nbr: 39292468                                          Dsch Dt: 10/30/2012
Admit Dr: No Family Phy, Physician

                           E D   P h y s i c i a n   N o t e s
Doc Name: ED Physician Notes        Performed By: Mohr DO, Eric D      Signed By: Mohr DO, Eric D
Result Status: Auth (Verified)                                         Date/Time: 10/31/2012 03:40:56
```

Basivertebral alignment is normal. The cervical cord shows no intrinsically
abnormal signal to suggest contusion.

At C4 - C5 there is some edema in the posterior soft tissues consistent with
point of injury.

IMPRESSION:
1. Mild degenerative changes particularly at the C6 - C7 level. No evidence
of acute vertebral body fracture or cervical cord contusion.
2. Posterior soft tissue contusions consistent with the spinous process tip
fracture at C5.


                *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/30/2012 7:50 AM: Robert Hartung, MD

Dictated by   Hartung, Robert, MD       10/30/2012 07:50 AM
Dictate Location   WCPDS01
Transcribed by    rwh                   10/30/2012 07:50 AM

Notes: Patient refused left wrist x-rays.

Reexamination/ Reevaluation
Time: 10/30/2012 01:31:00 .
Notes: Pt is neurovascularly intact and alert and oriented.
Time: 10/30/2012 07:13:00 .
Course: stable. sleeping.  just informed by radiology department that they
are having a hard time sending all the MR imagesto stat rad , and that
they will not be read until 07:30 by our radiologist.

Impression and Plan
  Diagnosis
    Abrasion 919.0 (ICD9 919.0, Discharge, Emergency medicine, Medical)
    Contusion  924.9 (ICD9 924.9, Discharge, Emergency medicine, Medical)
  alledged assault
  cervical spinous process fracture

  Calls-Consults
    Chart Req ID: 22857881
                                                           Page 8 of 9

```
Facility: GMC DAV                                           MRN: G00000907341
Patient Name: WATKINS, DEANDRE R                            Admit Dt: 10/29/2012
Acct Nbr: 39292468                                          Dsch Dt: 10/30/2012
Admit Dr: No Family Phy, Physician

                              E D   P h y s i c i a n   N o t e s

Doc Name: ED Physician Notes      Performed By: Mohr DO, Eric D    Signed By: Mohr DO, Eric D
Result Status: Auth (Verified)                                     Date/Time: 10/31/2012 03:40:56
   - 10/30/2012 02:57:00 , Luszczyk DO, Myles J, paged Dr. Luszczyk.
   - 10/30/2012 02:59:00 , Luszczyk DO, Myles J, phone call, Do MRI and
     if nothing more than the spinous process fracture, then
     follow up in the clinic. send home with hard collar.
Plan
   Condition: Stable.
   Disposition: Discharged: Time  10/30/2012 08:05:00, to home.
   Prescriptions: Launch prescriptions.
   Pharmacy:
      Lortab 500 mg-5 mg oral tablet (Ordered): 1 Tab, PO, Q6Hours, TAKE AS
         NEEDED FOR PAIN EVERY 6 HOURS, 20 Tab
   Follow up with: Luszczyk DO, Myles J, In: 1  day(s), Call today to
      schedule.
   Counseled: Patient, Regarding diagnosis, Regarding diagnostic results,
      Regarding treatment plan, Patient indicated understanding of
      instructions, Wear hard collar till follow up with ortho.
```

Office of the Clerk    1/5/2015
Room 309
Federal Building
100 N.E. Monroe
Peoria, Illinois 61602

DeAndre R. Watkins R72643
Vienna
Vienna Correctional Center
6695 State Route 146 East
Vienna, Illinois 62995

Dear Prisoner Corr.

I'm send four copies of my amended complaint, I'm asking the clerk to please send me a stamped copy of my amended complaint and make extra copies for the listed defendants and forward thoughs copies to the listed defendants, also there is a copy that has for the judge on it, that is the original copy. Thank you for your assistance concerning this matter

Sincerely
DeAndre Watkins